## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MUHAN CUI, <br><br>                         Plaintiff, <br><br>     v. <br><br>RICHARD XIA, EMMCO NQMC, L.P. and FLEET NEW YORK METROPOLITAN REGIONAL CENTER LLC, <br><br>                       Defendants, | **NOTICE OF APPEARANCE** <br><br>Case No. 1:19-cv-615 (NG) |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for defendants EMMCO NQMC, L.P. and Fleet New York Metropolitan Regional Center LLC.  I certify that I am admitted to practice in this Court.

Dated:  New York, New York
         March 29, 2019

                                            /s/ Lisa McAnearney
                                            Lisa McAnearney
                                            SULLIVAN & CROMWELL LLP
                                            125 Broad Street
                                            New York, New York 10004-2498
                                            mcanearneyl@sullcrom.com
                                            Tel: (212) 558-4000
                                            Fax: (212) 558-3588